# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLE DETAR (2),<br><br>    Defendant. | Case Nos.: 3:20-CR-3599-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO SET A MOTION HEARING AND TRIAL SETTING FOR JUNE 17, 2022 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

Upon motion of the United States of America, by and through its counsel, Randy S. Grossman, United States Attorney, and Eric R. Olah, Assistant United States Attorney, and Defendant Nicole Detar, through counsel Marc Levinson, and for good cause shown:

IT IS HEREBY ORDERED that the Joint Motion (ECF No. 108) is GRANTED, and a Motion Hearing and Trial Setting is set for June 17, 2022 at 1:30 p.m.

Furthermore, time is excluded for purposes of the Speedy Trial Act from March 4, 2022 through June 17, 2022; the Court finds, for the reasons stated in the parties' Joint Motion, that the ends of justice served by granting the proposed continuance outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7); additionally, time is excluded in light of the pending defense motions under § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: May 31, 2022

Hon. Janis L. Sammartino
United States District Judge