United States District Court, Southern District of California
(Hon. Janis L. Sammartino)

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> v.<br><br>Nicole Detar (2),<br><br>    Defendant. | Case No.:   3:20-cr-3599-JLS-2<br><br>**Order Granting Defendant's Ex Parte Motion for Order Directing the U.S. Marshals to Allow Defense Counsel into Hospital to Visit with Ms. Detar** |

GOOD CAUSE APPEARING, the United States Marshals are directed to permit Ms. Detar's counsel, Marc Levinson, and FDSDI investigator, Aaron Rodenbaugh, to enter any hospital where Ms. Detar is being held while in custody.

**IT IS SO ORDERED.**

Dated:  August 23, 2022

             *Janis L. Sammartino*
             Hon. Janis L. Sammartino
             United States District Judge