United States District Court, Southern District of California
(The Honorable Janis L. Sammartino)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLE DETAR (2),<br><br>    Defendant. | Case Nos.: 3:20-CR-3599-JLS-2<br><br>**ORDER DIRECTING THE UNITED STATES MARSHALS TO PERMIT THE DEFENDANT ACCESS TO HER COUNSEL IN A CONFIDENTIAL SETTING** |

Based on Ms. Detar's constitutional rights under the Fifth and Sixth Amendments to the U.S. Constitution, her attorney, Marc Levinson, and her investigator, Aaron Rodebaugh, (i.e., the Defense team) shall be permitted access to Ms. Detar in a confidential setting. Specifically, when the Defense team is meeting or speaking on the telephone: (1) no other staff shall be in the hospital room; and (2) the door to the hospital room must remain closed.

IT IS SO ORDERED.

Dated: October 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge