# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NICOLE DETAR (2),<br><br>　　　　Defendant. | Case No.: 3:20-CR-3599-JLS<br><br>**ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT DETAR** |

The United States' Motion to Dismiss the Indictment (ECF No. 129) is hereby GRANTED. The Indictment (ECF No. 19) is DISMISSED without prejudice as to Defendant Nicole Detar only.

**IT IS SO ORDERED.**

Dated: February 17, 2023

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge